FILED
CLERK, U.S. DISTRICT COURT

MAY 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BENJAMIN BURGOS,

                    Petitioner,

          v.

MARION SPEARMAN, WARDEN,

                    Respondent.

CASE NO. CV 12-7146-SVW (PJW)

ORDER ACCEPTING REPORT AND
ADOPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE, AND
DENYING CERTIFICATE OF
APPEALABILITY

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

     Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and therefore, a certificate of appealability is denied. *See* 28 U.S.C.

1   § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

2   322, 336 (2003).

3

4   DATED:        5/5/14         .

5

6

7                               STEPHEN V. WILSON
                                UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   S:\PJW\Cases-State Habeas\BURGOS, B 7146\Order accep r&r.wpd