FILED
CLERK, U.S. DISTRICT COURT

MAY 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BURGOS, | CASE NO. CV 12-7146-SVW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| MARION SPEARMAN, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/5/14

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BURGOS, B 7146\Judgment.wpd